MARCH 20, 2012

No. 11–9290 (11A875). PUCKETT *v.* MISSISSIPPI. Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MARCH 23, 2012

No. 11–9373 (11A882). MITCHELL *v.* MISSISSIPPI. Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MARCH 26, 2012

No. 10–1240. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION *v.* ARNOLD. C. A. 5th Cir. Reported below: 630 F. 3d .367; and

No. 10–1557. THURMER, WARDEN *v.* KERR. C. A. 7th Cir. Reported below: 639 F. 3d 315. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Lafler* v. *Cooper, ante,* p. 156.